# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0118
LT Case No. 2023-CA-9872

_____

CONSOLIDATED UTILITIES, INC.,

 Appellant,

 v.

JJTA1 REAL PROPERTIES, LLC.,
JJTA3 REAL PROPERTIES, LLC.,
and JJTA10 REAL PROPERTIES,
LLC.,

 Appellees.

_____

On appeal from the Circuit Court for Duval County.
Marianne Lloyd Aho, Judge.

Alexander B. Cvercko, of Cvercko & Associates, P.A.,
Jacksonville, for Appellant.

Dustin Lane, of Slattery Peterson, LLC, Miami, for Appellees.

August 13, 2024

PER CURIAM.

 AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

―――――――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――――――